THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : CRIM. NO. 3:15-CR-246 |
| v. | : (JUDGE MARIANI) |
| | : |
| **ELVIN DELGADO,** | : |
| | : |
| **Defendant** | : |

ORDER

AND NOW, THIS __14th__ DAY OF JULY 2023, upon consideration of Defendant Elvin Delgado's "Joint Motion Seeking Reduction of Sentence Based Upon Section 404 of the First Step Act of 2018; and, or, the Alternative Motion for Compassionate Release as Modified by the FSA of 2018, Based Upon 'Extraordinary or Compelling Circumstances', Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i)" (Doc. 877) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. The "Joint Motion Seeking Reduction of Sentence Based Upon Section 404 of the First Step Act of 2018; and, or, the Alternative Motion for Compassionate Release as Modified by the FSA of 2018, Based Upon 'Extraordinary or Compelling Circumstances', Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i)" (Doc. 877) is **DENIED**;

2. Defendant's request for appointment of counsel contained in his April 25, 2023, filing (*see* Doc. 904 at 3) is **DENIED**.

*[signature]*

Robert D. Mariani
United States District Judge